# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

LABARRION HARRIS,

    Plaintiff,

v.

CHAPLAIN BERNARD HILL; and
GEORGIA DEPARTMENT OF
CORRECTIONS,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-33

## O R D E R

This matter comes before the Court on Plaintiff's Notice and Motion to Voluntarily Dismiss.[1] (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** Plaintiff's Motion and **DISMISSES** Plaintiff's Complaint **without prejudice**. The Court **REJECTS as moot** the Magistrate Judge's April 30, 2019 Report and Recommendation, (doc. 3), and **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 1st day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although Plaintiff provided no legal basis for his Motion, the Court construes Plaintiff's Motion as being made pursuant to Rule 41 of the Federal Rules of Civil Procedure. "Federal courts sometimes will ignore the legal label that a *pro se* litigant attaches to a motion and recharacterize the motion in order to place it within a different legal category." Retic v. United States, 215 F. App'x 962, 964 (11th Cir. 2007) (quoting Castro v. United States, 540 U.S. 375, 381 (2003)). Federal courts "may do so in order to avoid an unnecessary dismissal, to avoid inappropriately stringent application of formal labeling requirements, or to create a better correspondence between the substance of a *pro se* motion's claim and its underlying legal basis." Id. (quoting Castro, 540 U.S. at 381–82).