# United States District Court
## Southern District of Georgia

LaBarrion Harris,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 6:19-cv-33

Chaplain Bernard Hill; and Georgia Department of Corrections,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order entered on August 1, 2019, the Court grants Plaintiff's Construed Motion to Dismiss Complaint without prejudice. The Clerk of Court is DIRECTED to enter an appropriate judgment of dismissal and to CLOSE this case.

Approved by: _____

August 9, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk